IN RE K.R.B.

No. 406P99

Case below: 134 N.C.App. 328

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 December 1999.

IN RE OAKLEY

No. 361P99

Case below: 134 N.C.App. 376

Petition by respondent (Penelope Brown) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

LUTZ v. BRIAN CTR. NURSING CARE/HICKORY, INC.

No. 405P99

Case below: 134 N.C.App. 377

Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 2 December 1999.

PCI ENERGY SERVS., INC. v.
WACHS TECH. SERVS., INC.

No. 403P99

Case below: 134 N.C.App. 377

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

REESE v. BARBEE

No. 269P98-2

Case below: 134 N.C.App. 728

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999. Justice Martin recused.